LIBERTY BANK *v.* LOUIS J. SOBOLESKI ET AL.
(10629)

FOTI, LAVERY and FREEDMAN, Js.

Argued May 4—decision released May 19, 1992

*Frank C. White, Jr.,* for the appellant (named defendant).

*I. Milton Widem,* with whom, on the brief, was *Gerald B. Goldberg,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.